1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA
10           SAN FRANCISCO DIVISION
11

| Mitek Systems, Inc., | Case No. 19-cv-07223-EMC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTION TO DISMISS OR TRANSFER** |
| v. | |
| United Services Automobile Association, | |
| Defendant. | The Honorable Edward M. Chen |
| | Current Hearing Date: March 5, 2020<br>New Hearing Date:      April 9, 2020<br>Time:                  1:30 pm<br>Courtroom:             5, 17th Floor |

CASE NO. 19-CV-07223-EMC

[PROPOSED] ORDER

1   Plaintiff Mitek Systems, Inc. ("Mitek") and Defendant United Services
2   Automobile Association ("USAA") have stipulated that the date of the hearing on
3   USAA's Motion to Dismiss or Transfer should be continued to April 9, 2020, that
4   Mitek's opposition to that motion should be due February 5, 2020, that USAA's reply
5   in support of that motion should be due on February 19, 2020, and that the case-
6   management conference should be continued to April 16, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2020

_____
HON. EDWARD M. CHEN
United States District Judge